CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Roanoke
MAY 0 8 2007
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONTA ROLANDA HARRIS A/K/A DONTE ROLNDO HARRIS, Petitioner, | Civil Action No. 7:07cv00239 |
| v. | **FINAL ORDER** |
| UNITED STATES OF AMERICA, Respondent. | By: Hon. Norman K. Moon United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is now

**ORDERED**

that this action shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

ENTER: This 8th day of May, 2007.

_____
United States District Judge